**JOSEPH J. FELL & ASSOCIATES, LLC**
JOSEPH J. FELL, ESQ.
25 Seney Drive
Bernardsville, New Jersey 07924
(908) 696-1000
Attorney for Plaintiff Park Plus, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PARK PLUS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action |
| v. | ) |
| | ) File No. 1:13-cv-06917-KPF |
| ARDEON REALTY CORP., | ) |
| a New York Corporation, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF ATTORNEY CHARGING LIEN OF
<u>PLAINTIFF'S ATTORNEY OF RECORD.</u>**

**COMES NOW**, JOSEPH J. FELL, ESQ., attorney of record for Plaintiff PARK PLUS, INC., ("Attorney Fell") in the above-styled matter, and, pursuant to § 475 of the New York Judiciary Law, hereby gives Notice to all interested parties of the *Attorney Charging Lien* in favor of Attorney Fell for outstanding legal fees and expenses due to Attorney Fell arising out of a certain and specific written contingency

1

legal fee contract in effect between Park Plus, Inc., and Attorney Fell in such matter.

Pursuant to § 475 of the New York Judiciary Law, Attorney Fell is authorized and entitled to impose such *Attorney Charging Lien* on any monetary recovery obtained by Park Plus Inc., in the above-styled matter.


Dated:      November 12, 2013

                        JOSEPH J. FELL & ASSOCIATES, LLC
                        25 Seney Drive
                        Bernardsville, New Jersey 07924
                        (908) 696-1000

By: _____
      JOSEPH J. FELL, ESQ. (JJF 4182)
      Attorney for Plaintiff Park Plus, Inc.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing *Notice of Attorney Charging Lien* of Plaintiff's Attorney of Record has been served, via First Class U.S. Mail, postage prepaid, to:

>Ardeon Realty Corp.
>310 West 43rd Street
>New York, New York 10036.
>
>Joseph Tauber
>Registered Agent for Ardeon Realty Corp.
>150 Nassau Street
>New York, New York 10038
>
>Ronald Astrup, President
>Park Plus, Inc.
>31 Iron Horse Road, Suite 1
>Oakland, New Jersey 07436

Dated:   November 12, 2013

>JOSEPH J. FELL & ASSOCIATES, LLC
>25 Seney Drive
>Bernardsville, New Jersey 07924
>(908) 696-1000
>
>By:  _____
>     JOSEPH J. FELL, ESQ. (JJF 4182)
>     Attorney for Plaintiff Park Plus, Inc.