# BERTONE | PICCINI
ATTORNEYS AT LAW

BERTONE PICCINI LLP
777 TERRACE AVENUE, SUITE 201
HASBROUCK HEIGHTS, NJ 07604
T. 201.483.9333    F. 201.483.9187
www.bertonepiccini.com

DAVID H. GANZ
Direct: 201.399.7238
dganz@bertonepiccini.com

March 14, 2014

**Via ECF**

Honorable Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:   Park Plus, Inc. v. Ardeon Realty Corp.
>        Civil Action No. 13-CV-6917 (KPF) (JCF)

Dear Judge Failla:

Our firm is counsel to plaintiff Park Plus, Inc. in the above-referenced matter. We write to advise the Court that all necessary parties to the settlement have signed the settlement agreement. In light of the settlement that has been reached, we respectfully request that Your Honor cancel the Initial Pretrial Conference, which is scheduled for March 18, 2014.

Thank you for the Court's time and attention.

Respectfully submitted,

David H. Ganz

DHG:dg
cc:  Barry Langman, Esq. (via electronic mail)