UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------

| | |
|---|---|
| Park Plus, Inc., | Case No: 1:13-cv-06917 (KPF) (JCF) |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEYS' FEES** |
| Ardeon Realty Corp., | |
| Defendant. | Document Electronically Filed |

------------------------------------------------

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and given that defendant has not served or filed an answer or a motion for summary judgment, plaintiff Park Plus, Inc. hereby gives notice that it dismisses the Complaint in its entirety, with prejudice, and without costs or attorneys' fees against any party.

Dated: March 25, 2014

                                            BERTONE PICCINI LLP
                                            777 Terrace Avenue, Suite 201
                                            Hasbrouck Heights, New Jersey 07604
                                            Tel. (201) 399-7238

                                            By: _____
                                                    DAVID H. GANZ